ACCEPTED
01-15-00226-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 11:03:09 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00226-CR

IN THE COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 11:03:09 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| WEYLIN W. ALFORD | § | APPELLANT |
| | § | |
| V. | § | |
| | § | |
| | § | |
| THE STATE OF TEXAS | § | APPELLANT |

APPEAL FROM THE 177TH DISTRICT CRIMINAL COURT
HARRIS COUNTY, TEXAS
TRIAL COURT NO. 1450840

**MOTION TO SUBSTITUTE
COUNSEL OF RECORD**

NOW COMES, WEYLIN ALFORD through counsel, and presents this Motion to Substitute Counsel of Record. In support of his motion, he would respectfully show the court the following:

I.

Appellant was charged with aggravated assault. Following a jury trial, Appellant was sentenced to thirty five (35) years confinement in the Institutional Division of the Texas Department of Criminal Justice. Notice of Appeal was timely filed.

II.

Mark Kratovil, TBN 24076098 was previously the public defender appointed to represent Appellant on appeal in this cause. However, Daucie Schindler, TBN 24013495, also with the Public Defender's Office, is now assigned to this case.

Appellant respectfully requests this Court to enter an order substituting Daucie Schindler as part of the Harris County Public Defender's Office as attorney of record in this case.

Respectfully submitted,

Alexander Bunin
Chief Public Defender


*/s/ Daucie Schindler*
Daucie Schindler
State Bar No. 24013495
Public Defender's Office
Harris County, Texas
Assistant Public Defender
1201 Franklin, 13th Floor
Houston, Texas 77002
Daucie.Schindler@pdo.hctx.net
Tel: 713-274-6717
Fax: 713-368-9278

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above motion was electronically served on the Appellate Division of the Harris County District Attorney's Office, on August 19, 2015.

.

/s/ *Daucie Schindler*
Daucie Schindler
Public Defender's Office
Harris County, Texas
Assistant Public Defender